IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-CR-00395-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

      ADRIAN SALVADOR ORTEGA,

        Defendant(s).

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 2nd day of March, 2021.

                              MATTHEW T. KIRSCH
                              Acting United States Attorney

BY:    *s/ Daniel McIntyre*
         Assistant United States Attorney
         U.S. Attorney's Office
         1801 California Street, Suite 1600
         Denver, Colorado 80202
         Phone: (303) 454-0100
         Fax: (303) 454-0401
         Email: dmcintyre@usa.doj.gov
         Attorney for Government

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 2nd day of March, 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

              s/ Ian McCandless
              Legal Assistant
              U.S. Attorney's Office