AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:20CR00395-1 |
| Adrian Salvador Ortega | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Adrian Salvador Ortega, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment   ❒ Superseding Indictment   ❒ Information   ❒ Superseding Information   ❒ Complaint
❒ Probation Violation Petition   ☑ Supervised Release Violation Petition   ❒ Violation Notice   ❒ Order of the Court

This offense is briefly described as follows:

Ct. 1: Failure to Report Change in Employment;
Ct. 2: Failure to Report Change in Residence;
Ct. 3: Failure to Participate in Substance Abuse Testing;
Cts. 4-6: Possession and Use of a Controlled Substance;
Ct. 7: Failure to Participate in Substance Abuse Treatment; and
Ct. 8: Violation of Law.

Date: _____

*Issuing officer's signature*

City and state:   Denver, Colorado                           JEFFREY P. COLWELL, Clerk of Court

*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____

*Printed name and title*