# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20CR00395-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADRIAN SALVADOR ORTEGA,

    Defendant.

---

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

__X__   ORDERS the issuance of an arrest warrant.

_____   ORDERS the issuance of a summons.

_____   DENIES the request.

DATED at Denver, Colorado, this __10th__ day of March, 2021.

BY THE COURT:

_____
William J. Martinez
United States District Judge