AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Adrian Salvador Ortega<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:20CR00395-1 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Adrian Salvador Ortega ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Failure to Report Change in Employment;
Ct. 2: Failure to Report Change in Residence;
Ct. 3: Failure to Participate in Substance Abuse Testing;
Cts. 4-6: Possession and Use of a Controlled Substance;
Ct. 7: Failure to Participate in Substance Abuse Treatment; and
Ct. 8: Violation of Law.

Date: 03/10/2021

s/A. Frank, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

JEFFREY P. COLWELL, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*