IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00395-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ADRIAN SALVADOR ORTEGA,

      Defendant.

---

## NOTICE OF APPEARANCE
---

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/Jared Westbroek
      JARED WESTBROEK
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      jared.westbroek@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on July 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Daniel McIntyre, AUSA
    Email: Daniel.McIntyre@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Adrian S. Ortega        (via Mail)

                                        s/Jared Westbroek
                                        JARED WESTBROEK
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        jared.westbroek@fd.org
                                        Attorney for Defendant