IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00395-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

 ADRIAN SALVADOR ORTEGA,

        Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this September 8, 2021.

                MATTHEW T. KIRSCH
                Acting United States Attorney

By:    s/ E. Garreth Winstead
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: Gareth.Winstead@usdoj.gov
        Attorney for the Government

2

## CERTIFICATE OF SERVICE

I certify that on this September 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Michelle Trujillo*
Legal Assistant
United States Attorney's Office