

19 NE 50TH St.
Oklahoma City, OK 73105
Office: 405-516-0276
Fax: 405-563-9121
www.turnkeyhealthclinics.com

DATE: 5/24/2021
RE: Adrian Ortega
DOB: 10/29/82

To Whom It May Concern,

This letter is being written at the request of and provided to Logan County JBBS program participant Adrian Ortega. Mr. Ortega completed screening for and was accepted into the JBBS program on March 5, 2021.

The JBBS (Jail Based Behavioral Health Services) program offers on site mental health and substance use treatment as well as psychiatric services for voluntary participants during incarceration.

On March 11, 2021, Mr. Ortega began attending MRT (Moral Reconation Therapy) groups. To date he has attended six MRT groups. He has been actively engaged in the group process, addressing his attitudes, thoughts, and behaviors that have resulted in his past and current incarceration. Mr. Ortega has been able and willing to be open in group about his past mistakes, what he is currently doing to make self improvements and how he plans to continue making behavioral changes when he returns to the community.

It has been a pleasure working with Mr. Ortega. During the past few months I have been able to observe his growth, his increased self awareness and his creative expression during his activity presentations in group. He has been committed to treatment while in custody as evidenced by his additional participation in weekly Coping Skills groups as well. Mr. Ortega appears highly motivated to continue his self care and life improvement goals upon his release. He reports that he has informed his Federal Parole Officer, Seth ~~Yanker~~ Junker of his participation in treatment while in custody and that Mr. ~~Yanker~~ is familiar with MRT and was pleased to hear of Mr. Ortega's participation. Junker

We are hopeful for Mr. Ortega's success moving forward and continuing to make positive changes in his life.

Thank you,

Angela Anaya, JBBS Staff, Turn Key Health Clinics, Logan County Jail
970 522-2578 ex. 3421
aanaya@turnkeyhealthclinics.com



DEFENDANT'S
EXHIBIT

A