IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:              January 5, 2022
Courtroom Deputy:  Sabrina Grimm
Court Reporter:    Mary George
Probation:         Seth Junker

| | |
|---|---|
| Criminal Action No. 20-cr-00395-WJM | Counsel: |
| UNITED STATES OF AMERICA, | Albert Buchman |
| Plaintiff, | |
| v. | |
| 1. ADRIAN SALVADOR ORTEGA, | Jared Westbroek |
| Defendant. | |

## COURTROOM MINUTES

**Final Hearing on Violation of Supervised Release**

**2:31 p.m.     Court in session.**

Appearances of counsel. Defendant is present in custody.

Mr. Ortega consents to proceed by VTC for today's hearing.

Defendant advised of the possible penalties and consequences, constitutional rights, and right to a hearing.

Defendant understands and admits to violations 1, 2, 3, 4, 5, 6, 7, and 8 of supervised release as stated in the Superseding Petition [ECF 18].

Argument on sentencing.

Statement by USPO Seth Junker, Sara Zarate, and Mr. Ortega.

The Court states its findings and conclusions.

**ORDERED:**   Adrian Salvador Ortega's Notice that He Intends to Admit the Allegations in the Superseding Petition and Request for a Sentence of Six Months [ECF 28] is DENIED.

**ORDERED:**   Defendant's supervised release is REVOKED and defendant shall be committed to the custody of the Bureau of Prisons for a term of 10 months.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in prehearing detention.

**ORDERED:**   Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 18 months.

**ORDERED:**   Defendant shall be subject to the standard, mandatory, and special conditions of supervised release as stated on the record.

The defendant is formally advised of the right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within 14 days.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal.

**3:27 p.m.     Court in recess.**

Total time in court:   0:56
Hearing concluded.